Argued and submitted Febrruary 18, affirmed March 25, 1992

In the Matter of the Compensation of
Darin S. Hayes, Claimant.

Darin S. HAYES,
*Petitioner,*

*v.*

SAIF CORPORATION
and Pacific Plastics,
*Respondents.*

(90-08974; CA A70033)

827 P2d 207

Scott M. Supperstein, Portland, argued the cause for petitioner. With him on the brief was Doblie & Associates, Portland.

Michael O. Whitty, Special Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *Strazi v. SAIF*, 109 Or App 105, 817 P2d 1348 (1991).